# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hummel, Christian F. | United States District Court N.Y. Northern District | 03/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-time | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | New York State Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | State University of New York Wages | $5,662.11 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara Bank / Key Bank | A | Interest | L | T | | | | | |
| 2. Key Bank | A | Interest | K | T | | | | | |
| 3. S.E.F.C.U. Account | A | Interest | J | T | | | | | |
| 4. Capital One Bank (Savings) | A | Interest | K | T | | | | | |
| 5. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6. Capital One Bank IRA Account (Header) | | | | | | | | | |
| 7. - T Rowe Price 2025 Retmt Fund | B | Int./Div. | K | T | | | | | |
| 8. - Cash Account | A | Interest | K | T | | | | | |
| 9. I.R.A. Account #1 (Header) | | | | | | | | | |
| 10. - SunAmerica Dynamic Allocation | C | Int./Div. | L | T | | | | | |
| 11. - SunAmerica Dynamic Strategy | C | Int./Div. | L | T | | | | | |
| 12. - Secure Value Account SA American Funds Fixed Interest | B | Int./Div. | K | T | | | | | |
| 13. Brokerage Account #1 (Header) | | | | | | | | | |
| 14. - SEI Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 15. - SEI Large Cap Value | A | Int./Div. | J | T | | | | | |
| 16. - SEI Sm Cap Growth | A | Int./Div. | J | T | | | | | |
| 17. - SEI Sm Cap Value | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SEI Intl Equity | A | Int./Div. | J | T | | | | | |
| 19. - SEI Emerging Markets | A | Int./Div. | J | T | | | | | |
| 20. - SEI Core Fixed Income | A | Int./Div. | J | T | Sold (part) | 12/24/18 | J | A | |
| 21. - SEI Hi Yield Bond Fund | A | Int./Div. | J | T | | | | | |
| 22. - SEI Intl Fixed Income | A | Int./Div. | J | T | | | | | |
| 23. - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |
| 24. - SEI Government Fund | A | Int./Div. | J | T | Buy | 12/24/18 | J | | |
| 25. Legg Mason Global Asset (Roth IRA) (Header) | | | | | | | | | |
| 26. - Legg Mason Lifestyle / Moderate Allocation | A | Int./Div. | J | T | | | | | |
| 27. IRA Account #2 (SEI Funds) (Header) | | | | | | | | | |
| 28. - SEI Large Cap | A | Int./Div. | K | T | | | | | |
| 29. - SEI Small Cap | A | Int./Div. | J | T | | | | | |
| 30. - SEI Intl Equity | A | Int./Div. | K | T | | | | | |
| 31. - SEI Emerging Markets Equity | A | Int./Div. | J | T | | | | | |
| 32. - SEI US Fixed Income Fund | A | Int./Div. | | | Sold | 07/17/18 | J | A | |
| 33. - SEI Hi Yield Bond | A | Int./Div. | J | T | | | | | |
| 34. - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SEI Dynamic Asset | A | Int./Div. | J | T | | | | | |
| 36. - SEI Multi-Asset | B | Int./Div. | K | T | | | | | |
| 37. - SEI Prime Obligation | A | Int./Div. | | | Sold | 07/17/18 | J | A | |
| 38. - SEI Core Fixed Income Fund | A | Interest | J | T | Buy | 07/17/18 | J | | |
| 39. - SEI Government Funs | A | Int./Div. | J | T | Buy | 07/17/18 | J | | |
| 40. Jackson National Life Annuity (IRA) (Header) | | | | | | | | | |
| 41. - GS Core Plus Bond | B | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 42. - T Rowe Price Mid Cap | A | Int./Div. | | | Sold | 10/29/18 | K | A | |
| 43. - MC Healthcare Sector | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 44. - MC Tech Sector | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 45. - S&P Dividend Inc & Growth | A | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 46. - S&P Comp Adv | A | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 47. - FR Temp Intl Sm Cap | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 48. - MC Consumer Bd Sector | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 49. - T Rowe Price Est Growth | A | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 50. - Oppenheimer Global Growth | A | Int./Div. | | | Sold | 10/29/18 | K | C | |
| 51. - MC Pacific Rim 30 | A | Int./Div. | | | Sold | 10/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - PPM America Total Return | A | Int./Div. | K | T | | | | | |
| 53. - PPM America Sm Cap Value | A | Int./Div. | | | Sold | 10/29/18 | K | C | |
| 54. - PPM America Fl Rate Income | A | Int./Div. | J | T | | | | | |
| 55. - MC European 30 | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 56. - PPM America Srategic Income | A | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 57. - America Hi Yield Bond | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 58. - Nasdaq 100 | B | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 59. - 400 MC Index | A | Int./Div. | | | Sold | 10/29/18 | K | B | |
| 60. - S&P SMid 60 | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 61. - DFA US Core Equity | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 62. - MC Financial Sector | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 63. - MC Oil & Gas Sector | A | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 64. - MC Int'l Index | B | Int./Div. | | | Sold | 10/29/18 | J | A | |
| 65. - Pimco Real Return | A | Int./Div. | J | | Buy | 10/29/18 | J | | |
| 66. - Vanguard US StkMktIndx | C | Int./Div. | M | | Buy | 10/29/18 | M | | |
| 67. - Epoch Global SH Yield | B | Int./Div. | K | | Buy | 10/29/18 | K | | |
| 68. - Double Line CAPE | B | Int./Div. | K | | Buy | 10/29/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Morningstar Wide Moat | A | Int./Div. | J | | Buy | 10/29/18 | J | | |
| 70. - Invesco China-India | A | Int./Div. | J | | Buy | 10/29/18 | J | | |
| 71. - Causeway Intl Value Sel | A | Int./Div. | J | | Buy | 10/29/18 | J | | |
| 72. - AQR Large Cap Rlxd CnstEq | B | Int./Div. | K | | Buy | 10/29/18 | K | | |
| 73. IRA Account #3 (SEI Funds) (Header) | | | | | | | | | |
| 74. - 3M Common | A | Dividend | J | T | | | | | |
| 75. - Alphabet A | | None | J | T | | | | | |
| 76. - Analog Devices | A | Dividend | J | T | | | | | |
| 77. - Auto Zone | A | Dividend | J | T | | | | | |
| 78. - Becton Dickinson | A | Dividend | J | T | | | | | |
| 79. - CME Group | A | Dividend | J | T | | | | | |
| 80. - Colgate Palmoloive | A | Dividend | J | T | | | | | |
| 81. - Ecolab Inc. | A | Dividend | J | T | | | | | |
| 82. - FactSet Research | A | Dividend | J | T | | | | | |
| 83. - Graco Inc. | A | Dividend | J | T | | | | | |
| 84. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 85. - Lindle PLC | A | Dividend | J | T | Buy | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Lowe's Cos. | A | Dividend | J | T | | | | | |
| 87. - Mastercard Inc. | A | Dividend | J | T | | | | | |
| 88. - Mettler Toledo Intl. | | None | J | T | | | | | |
| 89. - Middleby Corp. | | None | J | T | | | | | |
| 90. - Moody's Corp. | A | Dividend | J | T | | | | | |
| 91. - MSCI Inc. | A | Dividend | J | T | | | | | |
| 92. - Nike Inc. | A | Dividend | J | T | | | | | |
| 93. - Oracle Corp. | A | Dividend | J | T | | | | | |
| 94. - PepsiCo Inc. | A | Dividend | J | T | | | | | |
| 95. - Praxair Inc. | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 96. - Sherwin Williams | A | Dividend | J | T | | | | | |
| 97. - Tiffany & Co. | A | Dividend | J | T | | | | | |
| 98. - TJX Cos. | A | Dividend | J | T | | | | | |
| 99. - UnitedHeath Group | A | Dividend | J | T | | | | | |
| 100. - United Technologies | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 101. - US Bancorp | A | Dividend | J | T | | | | | |
| 102. - Variaqn Medical Systems | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - ABM Industries | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 104. - Acuity Brands | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 105. - Addus HomeCare | | None | J | T | Buy | 09/18/18 | J | | |
| 106. - Agco | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 107. - Alaska Air Group | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 108. - Alcoa Corp. | A | Dividend | | | Sold | 08/22/18 | J | A | |
| 109. - Allscripts Healthcare | A | Dividend | | | Sold | 08/22/18 | J | A | |
| 110. - Altra Industrial | A | Dividend | J | T | | | | | |
| 111. - Amedisys Inc. | A | Dividend | J | T | Buy | 05/30/18 | J | | |
| 112. - American Outdoor Brands | | None | J | T | Buy | 05/30/18 | J | | |
| 113. - ANSYS Inc. | A | Dividend | | | Sold | 08/22/18 | J | A | |
| 114. - Antero Resources | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 115. - AO Smith Corp. | A | Dividend | J | T | | | | | |
| 116. - Armour Residential REIT | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 117. - Armstrong World | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 118. - Assurant Inc. | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 119. - Balchem Corp | A | Dividend | J | T | Buy | 10/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Bancorp South Bank | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 121. - Big Lots Inc. | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 122. - Bruker Corp. | A | Dividend | J | T | | | | | |
| 123. - Burlington Stores | | None | J | T | | | | | |
| 124. - Cadence Design | | None | J | T | | | | | |
| 125. - Calavo Growers | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 126. - Cantel Medical | A | Dividend | J | T | | | | | |
| 127. - Cboe Global Markets Inc. | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 128. - Centennial Resourse Dev | | None | J | T | | | | | |
| 129. - CF Industries Holdings | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 130. - Charles River Laboratories | | None | J | T | | | | | |
| 131. - Chemed Corp. | A | Dividend | J | T | | | | | |
| 132. - Choice Hotels | A | Dividend | J | T | | | | | |
| 133. - Cimpress NV | | None | J | T | | | | | |
| 134. - Cirrus Logic | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 135. - Coeur Mining | | None | J | T | Buy | 08/07/18 | J | | |
| 136. - Cogent Communications | A | Dividend | J | T | Buy | 08/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - CommVault Systems | | None | J | T | Buy | 08/07/18 | J | | |
| 138.  - Cooper Tire | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 139.  - CoreSite Realty | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 140.  - Coupa Software | | None | J | T | Buy | 08/22/18 | J | | |
| 141.  - Deckers Outdoor | | None | J | T | | | | | |
| 142.  - Diamondback Energy | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 143.  - Dine Brands Global | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 144.  - Dorman Products | | None | J | T | Buy | 10/03/18 | J | | |
| 145.  - Dril-Quip Inc. | | None | J | T | | | | | |
| 146.  - Eagle Bancorp | | None | J | T | Buy | 08/22/18 | J | | |
| 147.  - East Group Properties | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 148.  - Euronet Worldwide | | None | J | T | Buy | 08/22/18 | J | | |
| 149.  - First American Financial | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 150.  - First Financial Bancshares | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 151.  - First Interstate Bank | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 152.  - Five Below Inc. | | None | J | T | | | | | |
| 153.  - Fortinet Inc. | | None | J | T | Buy | 09/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Fox Factory Holding | | None | J | T | Buy | 09/05/18 | J | | |
| 155. - Frontier Communications | | None | J | T | Buy | 08/22/18 | J | | |
| 156. - Genesco Inc. | | None | J | T | Buy | 09/05/18 | J | | |
| 157. - Goodyear Tire | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 158. - Greenbrier Cos. | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 159. - Green Plains Inc. | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 160. - Halyard Health | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 161. - Hancock Holding | A | Dividend | | | Sold | 08/22/18 | J | A | |
| 162. - Hawaiian Electric | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 163. - Healthcare Services Group | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 164. - Health Insurance Innovations | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 165. - Helmerich & Payne | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 166. - Hill-Rom Holdings | A | Dividend | J | T | | | | | |
| 167. - HollyFrontier Corp. | A | Dividend | J | T | | | | | |
| 168. - Integra Life Sciences | | None | J | T | Buy | 11/07/18 | J | | |
| 169. - iRythm Technologies | | None | J | T | Buy | 11/14/18 | J | | |
| 170. - Iron Mtn | A | Dividend | J | T | Buy | 11/14/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Jacobs Engineering | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 172. - Jones Lang LaSalle | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 173. - Kennametal Inc. | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 174. - Lamb Weston Holdings | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 175. - Lancaster Colony | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 176. - Legg Mason Inc. | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 177. - Lending Tree Inc. | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 178. - LGI Homes Inc. | A | Dividend | | | Sold | 10/03/18 | J | A | |
| 179. - Live Nation Entertainment | | None | J | T | Buy | 10/03/18 | J | | |
| 180. - LPL Financial | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 181. - Manhattan Associates | | None | J | T | Buy | 11/14/18 | J | | |
| 182. - Masonite International | | None | J | T | Buy | 11/14/18 | J | | |
| 183. - Meritage Homes Corp. | | None | J | T | Buy | 11/14/18 | J | | |
| 184. - MGIC Investment | | None | | | Sold | 12/12/18 | J | A | |
| 185. - MicroStrategy Inc. | | None | J | T | Buy | 12/12/18 | J | | |
| 186. - Moelis & Co. | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 187. - Monolithic Power Systems | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - MSC Industrial Direct | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 189. - National Instruments | A | Dividend | J | T | | | | | |
| 190. - Neogen Corp. | | None | J | T | Buy | 10/03/18 | J | | |
| 191. - Nutanix Inc. | | None | J | T | Buy | 08/22/18 | J | | |
| 192. - Packaging Corp of America | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 193. - PacWest Bancorp | A | Dividend | J | T | | | | | |
| 194. - Paramount Group Inc. | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 195. - Pattern Energy Group | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 196. - Patterson UTI Energy | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 197. - Perkin Elmer Inc. | A | Dividend | J | T | | | | | |
| 198. - Potlatch Deltic | A | Dividend | J | T | | | | | |
| 199. - Power Integrations | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 200. - Progress Software | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 201. - ProPetro Holding | | None | J | T | | | | | |
| 202. - Prosperity Bancshares | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 203. - PS Business parks | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 204. - Pulte Group | A | Dividend | J | T | Buy | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Qiagen Nv Shares | | None | J | T | Buy | 12/12/18 | J | | |
| 206. - QTS Realty Trust | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 207. - Ralph Lauren Corp. | A | Dividend | J | T | | | | | |
| 208. - Redfin Corp. | | None | J | T | Buy | 07/25/18 | J | | |
| 209. - Reinsurance Group of America | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 210. - RE/MAX Holdings | A | Dividend | J | T | Buy | 08/25/18 | J | | |
| 211. - ResMed Inc. | A | Dividend | | | Sold | 08/22/18 | J | A | |
| 212. - Resolute Energy Corp. | | None | | | Sold | 12/12/18 | J | A | |
| 213. - Rollins Inc. | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 214. - Royal Gold | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 215. - Schnitzer Steel | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 216. - Sealed Air Corp | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 217. - Seattle Genetics | | None | J | T | Buy | 07/25/18 | J | | |
| 218. - Spirit AeroSystems | | None | J | T | | | | | |
| 219. - SPS Commerce | | None | J | T | Buy | 07/25/18 | J | | |
| 220. - Steris PLC | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 221. - Square Inc. | A | Dividend | | | Sold | 07/25/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Syntel Inc. | A | Dividend | | | Sold | 08/22/18 | J | A | |
| 223. - Tempur Sealy | | None | J | T | Buy | 07/25/18 | J | | |
| 224. - Teradyne Inc. | A | Dividend | J | T | | | | | |
| 225. - Texas Roadhouse | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 226. - Toll Brothers Inc. | A | Dividend | | | Sold | 09/18/18 | J | A | |
| 227. - Torchmark | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 228. - Trimble Inc. | | None | J | T | Buy | 08/07/18 | J | | |
| 229. - Trip Advisor | | None | J | T | Buy | 04/18/18 | J | | |
| 230. - TRI Pointe Homes Inc. | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 231. - Trustmark Corp. | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 232. - Two Harbors Investment Corp. | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 233. - United Natural Foods | | None | | | Sold | 10/03/18 | J | A | |
| 234. - United Therapeutics | | None | J | T | Buy | 07/25/18 | J | | |
| 235. - Universal Corp | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 236. - US Physical Therapy | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 237. - Varonis Systems | | None | J | T | Buy | 08/22/18 | J | | |
| 238. - Waddell & Reed | A | Dividend | J | T | Buy | 08/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Watts Water Technologies | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 240. - West Pharmaceuticals | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 241. - WABCO Holdings | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 242. - Williams Sonoma | A | Dividend | | | Sold | 05/01/18 | J | A | |
| 243. - Wingstop Inc. | A | Dividend | J | T | | | | | |
| 244. - Xylem Inc. | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 245. - Yext Inc. | | None | J | T | Buy | 07/25/18 | J | | |
| 246. - Zions Bancorp | A | Dividend | J | T | | | | | |
| 247. - Aberdeen Global Dynamic | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 248. - Aberdeen Global Premier Properties | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 249. - Aberdeen Toatl Dynamic Dividends | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 250. - Advent Claymore Conv Sec | A | Dividend | J | T | | | | | |
| 251. - AllianzGl Equity & Conv | A | Dividend | J | T | | | | | |
| 252. - AllianzGl Nfj Dividend Int | A | Dividend | J | T | | | | | |
| 253. - Alpine Total Dynamic Div Fund | A | Dividend | | | Sold | 11/28/18 | J | A | |
| 254. - Apollo Senior Floating Rate | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 255. - Black Rock Credit Allocation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Balck Rock Debt Strategies | A | Dividend | J | T | | | | | |
| 257.  - Black Rock Enhanced Eq Div | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 258.  - Blackrock Resources & Commodities | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 259.  - Brandywine Global Income | A | Dividend | J | T | | | | | |
| 260.  - CBRE Clarion Global RE | A | Dividend | J | T | | | | | |
| 261.  - Cohen & Steers Infrastructure | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 262.  - Duff & Phelps Global Utility | A | Dividend | J | T | | | | | |
| 263.  - General American Investors | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 264.  - John Hancock Tax-Adv Dividend | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 265.  - Liberty All-Star Equity Fund | A | Dividend | | | Sold | 11/28/18 | J | A | |
| 266.  - Nuveen Real Asset | A | Dividend | J | T | | | | | |
| 267.  - Pgim Glb Sht Duration Hi Yield | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 268.  - Pgim Short Duration Hi Yield | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 269.  - River North Double Line Strategic Opp | A | Dividend | J | T | | | | | |
| 270.  - Royce Micro Cap | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 271.  - Royce Value Trust | A | Dividend | J | T | | | | | |
| 272.  - Tri-Continental Corp. | A | Dividend | J | T | Buy | 07/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Wells Fargo Global Div | A | Dividend | J | T | | | | | |
| 274. - AGNC Investment Corp. | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 275. - Akamai Technologies | | None | J | T | Buy | 11/14/18 | J | | |
| 276. - Altria Group Inc. | A | Dividend | J | T | | | | | |
| 277. - Ameren Corp. | A | Dividend | J | T | | | | | |
| 278. - American Financial Group | A | Dividend | J | T | Buy | 10/03/18 | J | | |
| 279. - Amerisource Bergen | A | Dividend | J | T | | | | | |
| 280. - Annaly Capital Management | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 281. - Anthem Inc. | A | Dividend | J | T | | | | | |
| 282. - Apple Hospitaliy REIT | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 283. - Archer Daniels Midland | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 284. - A T & T Inc. | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 285. - Baxter International | A | Dividend | J | T | | | | | |
| 286. - Bio-Rad Laboroatories | A | Dividend | J | T | | | | | |
| 287. - Bio Techne Corp. | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 288. - Broadridge Financial | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 289. - Campbell Soup | A | Dividend | | | Sold | 11/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Cardinal Health | A | Dividend | J | T | | | | | |
| 291.  - Center Point Energy | A | Dividend | J | T | | | | | |
| 292.  - Chemed Corp. | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 293.  - Chimera Investment | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 294.  - Church & Dwight Inc. | A | Dividend | J | T | | | | | |
| 295.  - Cigna Corp. | A | Dividend | J | T | | | | | |
| 296.  - Clorox Co. | A | Dividend | J | T | | | | | |
| 297.  - Colgate Palmolive | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 298.  - ConAgra Foods | A | Dividend | J | T | | | | | |
| 299.  - Consolidated Edison | A | Dividend | J | T | | | | | |
| 300.  - Darden Restaurants | A | Dividend | J | T | | | | | |
| 301.  - Dr Pepper Snapple | A | Dividend | | | Sold | 08/09/18 | J | A | |
| 302.  - Davita Inc. | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 303.  - DTE Energy Co. | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 304.  - DST Systens | A | Dividend | | | Sold | 08/09/18 | J | A | |
| 305.  - Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 306.  - Energizer Holdings Inc. | A | Dividend | J | T | Buy | 08/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Entergy Corp. | A | Dividend | J | T | | | | | |
| 308. - Equity Commonwealth | | None | J | T | Buy | 08/09/18 | J | | |
| 309. - Evergy Inc. | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 310. - Exelon Corp. | A | Dividend | J | T | | | | | |
| 311. - Express Scripts Holding | | None | | | Sold | 11/14/18 | J | A | |
| 312. - Flowers Foods Inc. | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 313. - Henry Schein Inc. | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 314. - Hill-Rom Holdings | A | Dividend | J | T | | | | | |
| 315. - Hospitality Properties | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 316. - H & R Block | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 317. - Humana Inc. | A | Dividend | J | T | | | | | |
| 318. - Ingredion Corp. | A | Dividend | J | T | | | | | |
| 319. - Jabil Circuit Inc. | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 320. - Jack Henry & Assoc. | A | Dividend | J | T | | | | | |
| 321. - JM Smucker Co. | A | Dividend | J | T | | | | | |
| 322. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 323. - Kelleogg Co. | A | Dividend | J | T | Buy | 11/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |
| 325. - Laboratory Corp of America | | None | J | T | | | | | |
| 326. - Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 327. - Leidos Holdings Inc. | A | Dividend | J | T | | | | | |
| 328. - McCormick & Co. | A | Dividend | J | T | | | | | |
| 329. - McKesson Corp. | A | Dividend | J | T | | | | | |
| 330. - MDU Resources Group | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 331. - Medical Properties Trust | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 332. - MEDNAX Inc. | | None | J | T | Buy | 08/07/18 | J | | |
| 333. - Merck & Co. | A | Dividend | J | T | | | | | |
| 334. - MFA Financial | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 335. - New Residential | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 336. - New York Community Bancorp | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 337. - OGE Energy Corp | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 338. - Park Hotels & Resorts | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 339. -Pfizer Inc. | A | Dividend | J | T | | | | | |
| 340. - Philip Morris | A | Dividend | J | T | Buy | 11/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - PNC Financial | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 342. - Premier Inc. | | None | J | T | Buy | 07/25/18 | J | | |
| 343. - Public Service Enterprise Grp | A | Dividend | J | T | | | | | |
| 344. - Quest Diagnostics | A | Dividend | J | T | | | | | |
| 345. - Realogy Holdings | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 346. - Reinsurance Group of America | A | Dividend | J | T | | | | | |
| 347. - Robert Half Intl | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 348. - Silgan Holdings | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 349. - TCF Financial Corp | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 350. - Teleflex Inc. | A | Dividend | | | Sold | 02/08/18 | J | A | |
| 351. - Telephone & Data Systems | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 352. - Torchmark Corp. | A | Dividend | J | T | | | | | |
| 353. - Total Systems | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 354. - Two Harbors | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 355. - Tyson Foods Inc. | A | Dividend | J | T | | | | | |
| 356. - Unum Group | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 357. - Varian Medical Systems | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Vectren Corp | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 359. - WellCare Health Plans | | None | J | T | Buy | 08/22/18 | J | | |
| 360. - Wyndham Destinations | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 361. - Xcel Energy | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 362. - Zoetis Inc. | A | Dividend | J | T | | | | | |
| 363. - Vermilion Energy Inc. | A | Dividend | J | T | | | | | |
| 364. - Assured Guaranty Ltd. | A | Dividend | J | T | | | | | |
| 365. - Pentair PLC | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 366. - Lululemon Athletica | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 367. - Marvell Technology | A | Dividend | | | Sold | 09/18/18 | J | A | |
| 368. - Popular Inc. | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 369. - Renaissance Holdings | A | Dividend | | | Sold | 06/13/18 | J | A | |
| 370. - Advent Claymore Conv Sec | A | Dividend | | | Sold | 08/28/18 | J | A | |
| 371. - Alpine Global Premier | A | Dividend | | | Sold | 08/28/18 | J | A | |
| 372. - Black Rock Enhanced Global Div | A | Dividend | J | T | | | | | |
| 373. - Black Rock Enhanced Intl Div | A | Dividend | J | T | | | | | |
| 374. - Clough Global Opportunities | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Amdocs Ltd. | A | Dividend | J | T | | | | | |
| 376. - Bunge Ltd. | A | Dividend | | | Sold | 08/28/18 | J | A | |
| 377. - ABB Ltd ADR | A | Dividend | J | T | | | | | |
| 378. - Advanced Semiconductor | A | Dividend | | | Sold | 08/28/18 | J | A | |
| 379. - Allianz SE | A | Dividend | J | T | | | | | |
| 380. - ASE Technology | | None | J | T | Buy | 08/28/18 | J | | |
| 381. - Astazeneca ADR | A | Dividend | J | T | | | | | |
| 382. - BAE Systems | A | Dividend | J | T | | | | | |
| 383. - BCE Inc. | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 384. - BNP Paribas | A | Dividend | J | T | | | | | |
| 385. - BOC Hong Kong | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 386. - British American Tobacco | A | Dividend | J | T | | | | | |
| 387. - China Petroleum | A | Dividend | J | T | | | | | |
| 388. - Cie Generale des Establissements | A | Dividend | J | T | | | | | |
| 389. - Daimler AG | A | Dividend | J | T | | | | | |
| 390. - Deutsche Telecom | A | Dividend | J | T | | | | | |
| 391. - Diageo ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. - Engie SA | A | Dividend | J | T | | | | | |
| 393. - GlaxoSmithKline | A | Dividend | J | T | | | | | |
| 394. - Honda Motors | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 395. - HSBC Holdings | A | Dividend | J | T | | | | | |
| 396. - Imperial Brands | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 397. - ING Groep Nv Spon | A | Dividend | | | Sold | 04/27/18 | J | A | |
| 398. - Japan Tobacco | A | Dividend | | | Sold | 04/27/18 | J | A | |
| 399. - Lloyds Banking | A | Dividend | J | T | | | | | |
| 400. - Manulife Financial | A | Dividend | J | T | | | | | |
| 401. - MMC Norlisk Nickel | A | Dividend | J | T | | | | | |
| 402. - Muenchener Reukversicherungs | A | Dividend | J | T | | | | | |
| 403. - Nestle SA Spon ADR | A | Dividend | J | T | | | | | |
| 404. - Nippon Tel & Tel | A | Dividend | J | T | | | | | |
| 405. - NN Group NV | A | Dividend | J | T | | | | | |
| 406. - Novartis AG ADR | A | Dividend | J | T | | | | | |
| 407. - Orkla ASA | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 408. - ProSiebenSat | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Roche Holdings | A | Dividend | J | T | | | | | |
| 410. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 411. - Sanofi - Aventis | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 412. - Siemens AG ADR | A | Dividend | J | T | | | | | |
| 413. - Singapore Telecommunications | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 414. - Smiths Group PLC | A | Dividend | J | T | | | | | |
| 415. - Smurfit Kappa Group | A | Dividend | J | T | | | | | |
| 416. - Sonic Healthcare Ltd. | A | Dividend | J | T | | | | | |
| 417. - SSE PLC | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 418. - Telefonica Brasil | A | Dividend | J | T | | | | | |
| 419. - Total ADR Each Rep | A | Dividend | J | T | | | | | |
| 420. - UBS Group | A | Dividend | J | T | | | | | |
| 421. - Unilever NV | A | Dividend | J | T | | | | | |
| 422. - United Overseas Bank | A | Dividend | J | T | | | | | |
| 423. - Vodaphone Group | A | Dividend | J | T | | | | | |
| 424. - Zurich Insurance Group | A | Dividend | J | T | | | | | |
| 425. - Apollo Tactical Income | A | Dividend | J | T | Buy | 07/25/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Ares Dynamic Credit Allocation | A | Dividend | J | T | | | | | |
| 427. - Black Rock Core Bond Trust | A | Dividend | J | T | | | | | |
| 428. - Black Rock Corporate HI Yield | A | Dividend | J | T | | | | | |
| 429. - Blackrock Income Trust | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 430. - Blackrock Taxable Municipal | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 431. - Boulder Growth & Income | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 432. - Cohen & Steers Ltd. Duration Pref | A | Dividend | J | T | | | | | |
| 433. - Cohen & Steers REIT | A | Dividend | J | T | | | | | |
| 434. - Eaton Vance Ltd Duration | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 435. - First Trust High Income | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 436. - First Trust Interm Duration | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 437. - MFS Charter Income | A | Dividend | J | T | | | | | |
| 438. - MFS Intermed Income | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 439. - MFS Multimarker Income | A | Dividend | J | T | | | | | |
| 440. - Nuveen Credit Strategies | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 441. - Nuveen Global High Income | A | Dividend | J | T | | | | | |
| 442. - Nuveen Pref and Income Opp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 35

**Name of Person Reporting**

Hummel, Christian F.

**Date of Report**

03/06/2020

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Nuveen Pref & Inc Securities | A | Dividend | J | T | | | | | |
| 444. - Nuveen Pref & Income Term Fund | A | Dividend | J | T | | | | | |
| 445. - Nuveen Real Estate Fund | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 446. - Prudential Global Short Duration | A | Dividend | | | Sold | 07/25/18 | J | A | |
| 447. - Putnam Master Income | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 448. - Templeton Global | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 449. - Wells Fargo Income Opp | A | Dividend | J | T | | | | | |
| 450. - Western Asset Emerging Markets Debt | A | Dividend | J | T | | | | | |
| 451. - Western Asset Global Corporate | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 452. - Western Asset Global High Income | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 453. - Western Asset High Yield | A | Dividend | J | T | | | | | |
| 454. - Western Asset High Income II | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 455. - Western Asset High Income Opp | A | Dividend | J | T | | | | | |
| 456. - AmEx Credit Corp. 2.25% | A | Interest | J | T | | | | | |
| 457. - Apple Inc. 1.55% | A | Interest | J | T | | | | | |
| 458. - Astrazeneca PLC 2.375% | A | Interest | J | T | | | | | |
| 459. - AT&T Inc. 3.875% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. - Bank of America Corp 3.3% | A | Interest | J | T | | | | | |
| 461. - Berkshire Hatahaway Finance 4.25% | A | Interest | J | T | | | | | |
| 462. - Cisco Systems 3.625% | A | Interest | J | T | | | | | |
| 463. - Citigroup Inc. 3.75% | A | Interest | J | T | | | | | |
| 464. - Coca Cola Co. 3.2% | A | Interest | J | T | | | | | |
| 465. - Comcast Corp 3.15% | A | Interest | J | T | Buy | 09/12/18 | J | | |
| 466. - Exxon Mobil Cpr. 3.043% | A | Interest | J | T | | | | | |
| 467. - General Electric 2.3% | A | Interest | J | T | | | | | |
| 468. - Gliead Sciences 2.95% | A | Interest | J | T | | | | | |
| 469. - Goldman Sachs 3.5% | A | Interest | J | T | | | | | |
| 470. - Home Depot 2.25% | A | Interest | | | Redeemed | 09/10/18 | J | A | |
| 471. - HSBC USA Inc. 2.625% | A | Interest | | | Redeemed | 09/24/18 | J | A | |
| 472. - Intel Corp 2.7% | A | Interest | J | T | | | | | |
| 473. - IBM Corp 3.625% | A | Interest | J | T | | | | | |
| 474. - JP Morgan Chase 3.125% | A | Interest | J | T | | | | | |
| 475. - Lowe's Cos. 2.5% | A | Interest | J | T | | | | | |
| 476. - Lowe's Cos. 3.12% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 35

**Name of Person Reporting**

Hummel, Christian F.

**Date of Report**

03/06/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Morgan Stanley 2.125% | A | Interest | J | T | | | | | |
| 478. - Northrup Grumman 3.25% | A | Interest | J | T | Buy | 05/04/18 | J | | |
| 479. - PepsiCo Inc. 2.375% | A | Interest | J | T | | | | | |
| 480. - Pfizer Inc. 3% | A | Interest | J | T | | | | | |
| 481. - Shell Intl 3.25% | A | Interest | J | T | | | | | |
| 482. - TCI Comm 7.875% | A | Interest | J | T | | | | | |
| 483. - Toyota Motor Credit 2.1% | A | Interest | J | T | | | | | |
| 484. - Walmart Inc. 5.875% | A | Interest | J | T | | | | | |
| 485. - Walt Disney 2.75% | A | Interest | J | T | | | | | |
| 486. - Wells Fargo 2.15% | A | Interest | J | T | | | | | |
| 487. - BHP Billiton 3.85% | A | Interest | J | T | | | | | |
| 488. - BP Capital Markets 3.245% | A | Interest | J | T | | | | | |
| 489. - Government Fund SEOXX | A | Interest | J | T | | | | | |
| 490. New York State 529 College Savings Plan #1 (header | | | | | | | | | |
| 491. - JP Morgan Agressive Age-Based Portfolio | A | Int./Div. | J | T | | | | | |
| 492. New York State 529 College Savings Plan #2 (header) | | | | | | | | | |
| 493. - JP Morgan Moderate Age-Based Portfolio | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 03/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## FINANCIAL DISCLOSURE REPORT

Page 35 of 35

Name of Person Reporting

Hummel, Christian F.

Date of Report

03/06/2020

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christian F. Hummel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544